No. 95–6850. CAMPBELL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–6852. HARTZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6853. SMITH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–6854. WIMBERLY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–6855. BEASLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6857. ESCARENO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6858. MARSHALL *v.* UNITED STATES; and
No. 95–6939. WRIGHT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6859. DANIELS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–6862. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6863. INGHAM *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–6867. PORTER *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 95–6868. RANDOLPH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6870. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6871. JEFFERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6872. DIGIROLAMO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.